UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUIS ROSAS,<br><br>                           Plaintiff,<br><br>-against-<br><br>SHOREHAVEN HOMEOWNERS ASSOCIATION, INC. ("SHOA"), and HAYDEE ROSARIO, as an individual and in her capacity as President of SHOA,<br><br>                         Defendants. | 23-CV-4052 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

      On June 23, 2023, the Court referred this case to the Mediation Office for settlement purposed. ECF No. 14. Defendants subsequently moved to dismiss the action (ECF No. 21) and now request that the Mediation be stayed pending resolution of that motion. ECF No. 23. It is hereby ORDERED that the Mediation for this matter is adjourned pending resolution of Defendants' motion to dismiss.

      SO ORDERED.

Dated:  August 28, 2023
           New York, New York

*Jessica Clarke*
_____
JESSICA G. L. CLARKE
United States District Judge